THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | } | Case No 3:14-bk-06663 |
| JUDY ANN CHOCKLEY | } | |
| 160 WADE HERROD ROAD | } | Chapter 13 |
| SMYRNA, TN 37167 | } | |
| SSN: xxx-xx-3762 | } | Judge Randal S. Mashburn |
| Debtor | } | |

**EXPEDITED MOTION TO MODIFY PLAN TO UTILIZE INSURANCE PROCEEDS TO PAY OFF DEBTOR'S CHAPTER 13 BANKRUPTCY AND UTILIZE REMAINDER TO PURCHASE A REPLACEMENT VEHICLE FREE AND CLEAR OF ANY LIENS**

COMES NOW the Debtor, by and through counsel, pursuant to 11 U.S.C. § 363 and would request that the Court enter an order allowing the Debtor to Utilize Insurance Proceeds To Pay off Her Case and Utilize Remainder to Purchase a Replacement Vehicle Free and Clear of Any Liens.

The Debtor's Chapter 13 proceeding was filed on August 20, 2014 and a plan was confirmed on October 28, 2014..

As grounds, the Debtor would state the following:

## I.     EXPEDITED RELIEF REQUESTED

A. The Debtor's 2014 Chrysler 200 was totaled in an auto accident.

B. The insurance company, State Farm Insurance, is prepared to issue insurance proceeds in the amount of $9,844.85.

C. Insolve Auto Funding, LLC, C/O Capital Recovery Group, LLC holds a secured claim in the Debtor's Chapter 13 case with a lien on the Debtor's 2014 Chrysler 200 which has a balance of $1,807.60 according to according to the records of the Chapter 13 Trustee.

D. The Debtor seeks permission to utilize the insurance proceeds to pay off the case in the amount of $4,915.75. The insurance company shall send $4,195.75 to the Chapter 13 Trustee to be disbursed to the Debtor's Chapter 13 plan to pay off her case.

Case 3:14-bk-06663    Doc 54    Filed 01/30/19    Entered 01/30/19 14:44:09    Desc Main
Document      Page 1 of 3

E. The remaining balance of the proceeds shall be paid directly to the Debtor to use to purchase a replacement vehicle. This amount is subject to change depending on disbursements made by the Trustee during the pendency of this motion.

F. Flexer Law, PLLC would apply for additional fees to be added to the Debtor's Chapter 13 plan for time expended in connection with this matter.

## II. REASON FOR EXPEDITED RELIEF

A. The Debtor is in need of reliable transportation to get to and from work in order to fund her Chapter 13 bankruptcy.

Respectfully submitted,

*/s/ Daniel T. Castagna*
Daniel T. Castagna, BPR #: 022721
Flexer Law, PLLC, Attorney for Debtors
1900 Church Street, Suite 400
Nashville, TN 37203
(615) 255-2893
fax: (615) 242 8849
cm-ecf@jamesflexerconsumerlaw.com

# CERTIFICATE OF SERVICE

      I hereby certify that on January 30, 2019, I furnished a true and correct copy of the foregoing to the following parties in interest:

| | |
|---|---|
| Henry E. Hildebrand, III<br>Chapter 13 Trustee<br>P.O. Box 340019<br>Nashville, TN 37203-0019 | Electronic |
| **US TRUSTEE**<br>OFFICE OF THE UNITED STATES TRUSTEE<br>318 Customs House, 701 Broadway<br>Nashville, TN 37203 | Electronic |
| JUDY ANN CHOCKLEY<br>160 WADE HERROD ROAD<br>SMYRNA, TN 37167 | U.S. Mail First Class |
| State Farm Insurance<br>Attn: Claim Number 427317G65<br>Po Box 52250<br>Phoenix, AZ 85072-2250<br>(CORRESPONDENCE AND TITLE) | U.S. Mail First Class<br>Fax: 855-666-0964 |
| Insolve Auto Funding, LLC<br>C/O Capital Recovery Group, LLC<br>Po Box 64090<br>Tucson, AZ 85728-4090<br>(NOTICES ONLY) | U.S. Mail First Class<br>Email: claims@ngic.com |
| Insolve Auto Funding, LLC<br>C/O Capital Recovery Group, LLC<br>Dept. 3403, Po Box 123403<br>Dallas, TX 75312-3403<br>(PAYMENTS ONLY) | U.S. Mail First Class<br>Email: bknotices@crgofusa.com |

6 notices have been served. I have mailed 4 notices, e-mailed 2 notices, and faxed 1 notice.

                                                    */s/ Daniel T. Castagna*
                                                      Daniel T. Castagna