_Randal S. Mashburn_
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 2/11/2019



THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: } | Case No 3:14-bk-06663 |
| JUDY ANN CHOCKLEY } | |
| 160 WADE HERROD ROAD } | Chapter 13 |
| SMYRNA, TN 37167 } | |
| SSN: xxx-xx-3762 } | Judge Randal S. Mashburn |
| Debtor } | |

**EXPEDITED AGREED ORDER GRANTING DEBTOR'S EXPEDITED MOTION TO MODIFY PLAN TO UTILIZE INSURANCE PROCEEDS TO PAY OFF DEBTOR'S CHAPTER 13 BANKRUPTCY AND UTILIZE REMAINDER TO PURCHASE A REPLACEMENT VEHICLE FREE AND CLEAR OF ANY LIENS**

This matter came before the Court on February 6, 2019, on the Debtor's Expedited Motion to Modify Plan to Utilize Insurance Proceeds to Pay off Debtor's Chapter 13 Bankruptcy and Utilize Remainder to Purchase a Vehicle Free and Clear of Any Liens. As evidenced by the signatures below, it is hereby AGREED and ORDERED as follows:

1. The Debtor shall be permitted to modify her plan to utilize insurance proceeds in the amount of $9,844.85, as a result of a total loss to the Debtor's 2014 Chrysler 200.

2. The Debtor shall be permitted to modify her Chapter 13 plan to utilize the insurance proceeds to pay off the base balance of her Chapter 13 Plan.

3. The Debtor shall be permitted to utilize the remainder of the insurance proceeds to purchase a replacement vehicle free and clear of any liens.

4. Upon entry of this order, the lienholder, Insolve Auto Funding, LLC, C/O Capital Recovery Group, LLC, shall provide guarantee of title on the 2014 Chrysler 200 to the insurance company, State Farm Insurance, in the amount of $2,628.01.

5. Upon entry of this order, Insolve Auto Funding, LLC, C/O Capital Recovery Group, LLC, shall release their lien on the 2014 Chrysler 200.

6. Upon entry of this order, State Farm Insurance shall issue three (3) separate checks. The first check shall be made payable to the Chapter 13 Trustee in the amount of $4,915.75 to be applied to paying off the base balance (pending an audit by the Chapter 13 Trustee). From These funds, the Chapter 13 Trustee shall pay off the lien of Insolve Auto Funding, LLC C/O Capital Recovery Group, LLC in the amount of $2,628.01.

7. The second check shall be made payable to Flexer Law, PLLC in the amount of $350.00 for attorney fees which shall be held in escrow pending Bankruptcy court approval.

8. State Farm shall issue a third check made payable directly to the Debtor for the remainder of the insurance proceeds to be utilized solely for a replacement vehicle free and clear of any liens.

IT IS SO ORDERED.

*This order was electronically signed and entered as indicated at the top of the first page.*

APPROVED FOR ENTRY:

/s/ Daniel T. Castagna
Daniel T. Castagna, BPR #: 022721
Flexer Law, PLLC, Attorney for Debtor
1900 Church Street, Suite 400
Nashville, TN 37203
(615) 255-2893
fax: (615) 242 8849
cm-ecf@jamesflexerconsumerlaw.com

/s/ Henry E. Hildebrand, III

Henry E. Hildebrand, III
Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203-0019
(615) 244-1101
fax: (615) 242-3241
pleadings@ch13nsh.com

# CERTIFICATE OF SERVICE

      I hereby certify that on February 06, 2019, I furnished a true and correct copy of the foregoing to the following parties in interest:

| | |
|---|---|
| Henry E. Hildebrand, III<br>Chapter 13 Trustee<br>P.O. Box 340019<br>Nashville, TN 37203-0019 | Electronic |
| **US TRUSTEE**<br>OFFICE OF THE UNITED STATES TRUSTEE<br>318 Customs House, 701 Broadway<br>Nashville, TN 37203 | Electronic |
| JUDY ANN CHOCKLEY<br>160 WADE HERROD ROAD<br>SMYRNA, TN 37167 | U.S. Mail First Class |
| State Farm Insurance<br>Attn: Claim Number 427317G65<br>Po Box 52250<br>Phoenix, AZ 85072-2250<br>(CORRESPONDENCE AND TITLE) | U.S. Mail First Class<br>Fax: 855-666-0964 |
| Insolve Auto Funding, LLC<br>C/O Capital Recovery Group, LLC<br>Po Box 64090<br>Tucson, AZ 85728-4090<br>(NOTICES ONLY) | U.S. Mail First Class<br>Email: claims@ngic.com |
| Insolve Auto Funding, LLC<br>C/O Capital Recovery Group, LLC<br>Dept. 3403, Po Box 123403<br>Dallas, TX 75312-3403<br>(PAYMENTS ONLY) | U.S. Mail First Class<br>Email: bknotices@crgofusa.com |

6 notices have been served. I have mailed 4 notices, e-mailed 2 notices, and faxed 1 notice.

                                                _____/s/ Daniel T. Castagna_____
                                                Daniel T. Castagna

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.